ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0073

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0073

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

21st CENTURY NORTH AMERICA
INSURANCE COMPANY
AND FARMERS INSURANCE EXCHANGE,

Plaintiffs and Appellee,

vs.

KEVIN R. FROST and SHERRI FROST,

Defendant and Appellant (Kevin
Frost).

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on May 2, 2022, this Court has determined that the brief does not comply with Rule 12 and must be resubmitted.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant Kevin Frost did not file an appendix containing the relevant documents. Accordingly, while the Court accepts filing of Mr. Frost's Opening Brief, the Court requests Mr. Frost file eight copies of an appendix including the relevant document(s) from which he appeals. Therefore,

IT IS ORDERED that the Appellant file eight copies of an appendix including the relevant documents from which his appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court.

The Clerk is directed provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 2nd day of May, 2022.

For the Court,

By _____

Justice